# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| JAIME STALLSMITH,<br>*Plaintiff*<br>v.<br>CAROLYN W. COLVIN, Commissioner of Social Security Administration<br>*Defendant* | Civil Action No. 4:15-CV-5117-JTR |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Defendant's Motion for Summary Judment is GRANTED.
2. Plaintiff's Motion for Summary Judgment is DENIED.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  Rodgers  on a cross-motions for summary judgment.

Date: December 5, 2016

CLERK OF COURT

SEAN F. McAVOY

s/ Pam Howard
*(By) Deputy Clerk*

Pam Howard